UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| ELECTRICAL WORKERS HEALTH<br>& WELFARE FUND ET. AL. | Civ. No. 10-3020 (JNE/LIB) |
| Plaintiff, | |
| vs. | ORDER |
| POLYPHASE ELECTRIC COMPANY, | |
| Defendants. | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

ORDERED:

This action be dismissed without prejudice for lack of prosecution.

BY THE COURT:

DATED: 12-16-2011         s/ Joan N. Ericksen
                          Judge Joan N. Ericksen
                          United States District Court