UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

ELECTRICAL WORKERS HEALTH                   Civ. No. 10-3020 (JNE/LIB)
& WELFARE FUND ET. AL.

       Plaintiff,

vs.                                                                  ORDER

POLYPHASE ELECTRIC COMPANY,

       Defendants.

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

ORDERED:

This action be dismissed without prejudice for lack of prosecution.

                                                               BY THE COURT:

DATED: 12-16-2011                                 s/ Joan N. Ericksen
                                                                  Judge Joan N. Ericksen
                                                                  United States District Court